**Order entered January 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01142-CV

### ERIC C. HALL, Appellant

### V.

### TEXAS WORKFORCE COMMISION, ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14789**

## ORDER

Before the Court is appellant's January 29, 2015 motion requesting an extension of time to file the reporter's record. Appellant is indigent and allowed to proceed without advance payment of costs. Appellant has informed the Court that he has requested the reporter's record. Accordingly, we **GRANT** appellant's motion.

We **ORDER** Veilica Dobbins, Official Court Reporter for the 134th Judicial District Court of Dallas County, Texas, to file the reporter's record by **FEBRUARY 20, 2015**.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Veilica Dobbins, appellant, and counsel for appellees.

/s/ ELIZABETH LANG-MIERS
JUSTICE